UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-13100-RWZ

DANA TATE

v.

ROBERT J. GALIBOIS

ORDER

March 14, 2014

ZOBEL, D.J.

In a memorandum and order dated January 14, 2014 (#11), the Court directed the plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. The Court stated that failure to comply with the order within 42 days would result in dismissal of the action.

The time period for complying with the show cause order has expired without any response from the plaintiff.

Accordingly, for the reasons set forth in the Court's January 14, 2014 memorandum and order, this action is DISMISSED for lack of subject matter jurisdiction.

SO ORDERED.

 3/14/14                             /s/ Rya W. Zobel
DATE                                 RYA W. ZOBEL
                                     UNITED STATES DISTRICT JUDGE